UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CLAYTON THOMAS BELL, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOSE MORALES, Warden, ) <br> individually and in his official ) <br> capacity, ) <br> ) <br> Defendant. ) | Case No. CV416-297 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 31ST day of January, 2017.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA